FILED

FEB 0 5 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARISA ANN LYMAN,<br><br>Defendant. | CR 16-107-BLG-SPW-8<br><br>ORDER |

Upon the Defendant's Unopposed Motion to Extend Deadline (Doc. 372), and for good cause being shown,

IT IS HEREBY ORDERED that the following deadlines are extended as follows:

1. Counsel shall attempt in good faith to resolve disputes over any material in the presentence report. Unresolved objections to be relied upon at sentencing shall be presented to the probation officer on or before **February 13, 2018.** U.S.S.G. § 6A1.2. **Any unresolved objections are expected to be included in the pre-sentence report, not in a sentencing memorandum.**

1

2. The presentence report, in final form, including any unresolved objections, shall be delivered to the Court and the parties on or before **February 27, 2018.**

3. Sentencing memoranda and supporting documents addressing all relevant sentencing issues shall be filed on or before **March 5, 2018.** Absent good cause shown, sentencing memoranda and supporting documents filed after March 5, 2018 will not be considered in addressing sentencing issues. Failure to timely file sentencing memoranda may result in imposition of sanctions against counsel.

4. Responses to sentencing memoranda shall be filed on or before **March 9, 2018**.

5. Reply briefs will not be accepted for filing in sentencing matters.

6. The Court will resolve objections included in the Addendum to the presentence report at the sentencing hearing in accordance with U.S.S.G. § 6A1.3.

7. All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 5th day of February, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

2